CARL E. ROSTAD
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, Montana 59403-3447
119 First Ave. North, #300
Great Falls, Montana 59401
Phone:    (406) 761-7715
FAX:      (406) 453-9973
E-Mail:   Carl.Rostad@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

**FILED**

APR 18 2014


Clerk, U.S. District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

### GREAT FALLS DIVISION

| UNITED STATES OF AMERICA,  Plaintiff,  vs.  JAMES HOWARD EASTLICK, Jr.,  Defendant. | CR-14- 32 -GF-BMM  **INDICTMENT**  FEDERAL INCOME TAX FRAUD/FILING A FALSE RETURN Title 26 U.S.C. § 7206(1) (Counts I-IV) (Penalty: Three years imprisonment, $250,000 fine, costs of prosecution, and one year supervised release) |
|---|---|

THE GRAND JURY CHARGES:

COUNT I

That on or about June 3, 2009, in the State and District of Montana, the

defendant, JAMES HOWARD EASTLICK, Jr., did willfully make and subscribe a

1

return, statement, and other documents, which contained and was verified by a written declaration made under the penalties of perjury, and which he did not believe to be true and correct as to every material matter, that is, the defendant, JAMES HOWARD EASTLICK, Jr., filed a 2008 Form 1040 U.S. Individual Income Tax Return under penalties of perjury, then and there well knowing that he had received $56,415.51 in income which was not included, identified, or disclosed as income, in violation of 26 U.S.C. § 7206(1).

## COUNT II

That on or about August 27, 2010, in the State and District of Montana, the defendant, JAMES HOWARD EASTLICK, Jr., did willfully make and subscribe a return, statement, and other documents, which contained and was verified by a written declaration made under the penalties of perjury, and which he did not believe to be true and correct as to every material matter, that is, the defendant, JAMES HOWARD EASTLICK, Jr., filed a 2009 Form 1040 U.S. Individual Income Tax Return under penalties of perjury, then and there well knowing that he had received $25,007.36 in income which was not included, identified, or disclosed as income, in violation of 26 U.S.C. § 7206(1).

## COUNT III

That on or about September 1, 2011, in the State and District of Montana, the defendant, JAMES HOWARD EASTLICK, Jr., did willfully make and subscribe a

return, statement, and other documents, which contained and was verified by a written declaration made under the penalties of perjury, and which he did not believe to be true and correct as to every material matter, that is, the defendant, JAMES HOWARD EASTLICK, Jr., filed a 2010 Form 1040 U.S. Individual Income Tax Return under penalties of perjury, then and there well knowing that he had received $89,313.74 in income which was not included, identified, or disclosed as income, in violation of 26 U.S.C. § 7206(1)

## COUNT IV

That on or about June 15, 2012, in the State and District of Montana, the defendant, JAMES HOWARD EASTLICK, Jr., did willfully make and subscribe a return, statement, and other documents, which contained and was verified by a written declaration made under the penalties of perjury, and which he did not believe to be true and correct as to every material matter, that is, the defendant, JAMES HOWARD EASTLICK, Jr., filed a 2011 Form 1040 U.S. Individual Income Tax Return under penalties of perjury, then and there well knowing that he had received $53,215.99 in income which was not included, identified, or disclosed as income, in violation of 26 U.S.C. § 7206(1).

A TRUE BILL.

_____
FOREPERSON

_____
MICHAEL W. COTTER
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons __X__

Warrant: _____

Bail: _____

SUMMONS RET DATE
OF 5/13/14 @ 10:00 AM
IN FRONT OF RICS IN GF

4